# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00046-CV

**Kirk Koether and Vicki Koether, Appellants**

**v.**

**Amber Novasad-White, Individually and d/b/a Nova Tech Foundation Repair, and John Novosad, Individually and d/b/a Nova Tech Foundation Repair, Appellees**

### FROM THE DISTRICT COURT OF LEE COUNTY, 21ST JUDICIAL DISTRICT NO. 15,280, HONORABLE REVA TOWSLEE-CORBETT, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On August 5, 2015, this Court notified appellants that their brief was due on July 17, 2015, and was overdue. The Clerk requested a response by August 17, 2015, and notified appellants that the appeal would be dismissed for want of prosecution if they did not respond to this Court by that date. Appellants have not filed their brief or otherwise responded. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

_____

Melissa Goodwin, Justice

Before Justices Puryear, Goodwin, and Bourland

Dismissed for Want of Prosecution

Filed: August 28, 2015